# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

DANIEL A. ROZENBLATT, individually, and derivatively on behalf of Nominal Defendant, THE PAVILION EAST AT LAKEVIEW PARK OWNERS ASSOCIATION, INC.

Plaintiff,

vs.

RAM REALTY ASSOCIATES III, LLC, a Delaware limited liability company; *et al*

Defendants,

and

THE PAVILION EAST AT LAKEVIEW PARK OWNERS ASSOCIATION, INC., a North Carolina nonprofit corporation,

Nominal Defendant.

Case No. 5:19-CV-436-D

**ORDER GRANTING JOINT MOTION TO DISMISS**

THIS MATTER came before the undersigned on a Joint Motion to Dismiss and it appears to the Court that appropriate parties have been notified of the Motion and do not object to it.

IT IS THEREFORE ORDERED that all claims against all Defendants, including the Nominal Defendant, in this matter are dismissed with prejudice with each party to bear its own costs.

SO ORDERED. This **28** day of October, 2019

JAMES C. DEVER III
United States District Judge